UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EMPLOYERS AND CEMENT MASONS #90 HEALTH AND WELFARE FUND, et al., ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | Case No. 4:17 CV 1424 CDP |
| ALBRIGHT CONCRETE, et al., ) ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Memorandum and Order filed this date,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered by default in favor of plaintiffs and against defendants Albright Concrete and Josh Albright, doing business as Albright Concrete, in the amount of $5683.80, as and for delinquent fringe benefit contributions and liquidated damages.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment is entered by default in favor of plaintiffs and against defendants Albright Concrete and Josh Albright, doing business as Albright Concrete, in the amount of $6337.46 as and for attorneys' fees and court costs.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 11th day of December, 2017.